**Order entered February 27, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00921-CV

**FLUOR CORPORATION, FLUOR ENTERPRISES, INC., AND FLUOR DANIEL MEXICO, S.A., Appellants**

**V.**

**E.D.G.M., Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15978**

### ORDER

This case began as a suit between E.D.G.M.'s parents and appellants. Approximately fifteen months after the parents filed the suit, E.D.G.M. intervened. The appeal challenges the trial court's interlocutory orders denying appellants' motion to dismiss E.D.G.M.'s claims for forum non conveniens and motion to strike E.D.G.M.'s intervention. A related appeal, appellate cause number 05-19-00970-CV, was filed by the parents and challenges the trial court's order granting appellants' motion to dismiss the parents' claims for forum non conveniens.

Although this appeal was deemed filed October 3, 2019, the clerk's record has not been filed. A review of the clerk's record in the related appeal reveals the trial court severed E.D.G.M.'s claims from the parents' claims. Per the order of severance, signed July 12, 2019, the Dallas County District Clerk was to assign E.D.G.M.'s claims a new style and separate cause number and create a new file which was to include twenty-seven documents identified in the order. The record of the related appeal does not reflect the style and cause number assigned to the new file.

So that the appeal may proceed, we **ORDER** Dallas County District Clerk Felicia Pitre to file, **no later than March 9, 2020**, the clerk's record which shall include the twenty-seven documents identified in the July 12th severance order and be filed under the correct–the new–style and trial court cause number. Because this is an accelerated appeal, extension requests will be disfavored.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/ BILL WHITEHILL
   JUSTICE